NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS J. YORKEY,**
*Appellant,*

**v.**

**MOHAMED K. DIAB, ESMAIEL KIANI-AZRBAYJANY, IBRAHIM M. ELFADEL, REX J. MCCARTHY, WALTER M. WEBER, and ROBERT A. SMITH,**
*Appellees.*

---

2011-1360
(Interference No. 105,471)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

LAURENCE S. ROGERS, Ropes & Gray, of New York, New York, argued for appellant. With him on the brief was STUART W. YOTHERS.

JOSEPH R. RE, Knobbe, Martens, Olson & Bear, LLP, of Irvine, California, argued for appellees. With him on the brief were BRENTON R. BABCOCK and JAROM D. KESLER. Of counsel was IRFAN A. LATEEF.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 9, 2012                   /s/ Jan Horbaly
Date                         Jan Horbaly
                              Clerk